# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ORLANDO GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>JENNY HA NGUYEN, et al.,<br><br>        Defendants. | Case No. 21-cv-09185-BLF<br><br>**ORDER TO SHOW CAUSE** |

This Court has twice set a deadline for Plaintiff to file a motion for default judgment. ECF Nos. 18, 19. Plaintiff has twice failed to meet the deadline. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, **no later than August 9, 2022**, why this case should not be dismissed for failure to prosecute. Failure to timely respond to the order to show cause will result in dismissal of the case without further notice.

**IT IS SO ORDERED.**

Dated: August 2, 2022

_____
BETH LABSON FREEMAN
United States District Judge